IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| David Kinder, Tracy Scott, Elbert Peay, and Cherry Crawford, individually and as representatives of a class of similarly situated persons, and on behalf of the Georgia-Pacific LLC Hourly 401(k) Plan, the Georgia-Pacific LLC 401(k) Retirement Savings Plan, and the Koch Industries Inc. Employees' Savings Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>Koch Industries, Inc., Koch Business Solutions, LP, the Koch Benefits Administrative Committee, and John Does 1-30,<br><br>    Defendants. | Case No. 1:20-cv-02973-MHC<br><br>CLASS ACTION |

**NOTICE OF SETTLEMENT**

Plaintiffs David Kinder, Tracy Scott, Elbert Peay, and Cherry Crawford ("Plaintiffs"), and Defendants Koch Industries, Inc., Koch Business Solutions, LP, and the Koch Benefits Administrative Committee ("Defendants") (collectively, the "Parties"), hereby provide notice that they have made significant progress toward

settlement and expect to be able to finalize a comprehensive settlement agreement and file a motion for preliminary approval of the settlement as soon as practicable. In the meantime, the Parties respectfully request a stay of all pending proceedings, including Defendants' pending motion to dismiss (Dkt. 48).

Respectfully submitted this 13th day of April, 2021.

/s/ John T. Sparks, Sr.
John T. Sparks, Sr.,
(Georgia Bar No. 669575)
AUSTIN & SPARKS, P.C.
2974 Lookout Place N.E.,
Suite 200
Atlanta, GA 30305
Telephone: (404) 869-0100
Facsimile: (404) 869-0200
jsparks@austinsparks.com

Paul J. Lukas*
Kai H. Richter*
Brock J. Specht*
Grace I. Chanin*
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
plukas@nka.com
krichter@nka.com
bspecht@nka.com
gchanin@nka.com

/s  John Heron IV
John Heron IV
(Georgia Bar No. 193170)
Rebecca M. Nocharli
(Georgia Bar No. 633621)
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
jheron@jonesday.com
rnocharli@jonesday.com

Evan Miller*
Miguel F. Eaton*
Michael S. Fried*
JONES DAY
51 Louisiana Ave, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
emiller@jonesday.com
meaton@jonesday.com
msfried@jonesday.com

*Attorneys for Defendants*

Josh Sanford*
SANFORD LAW FIRM
1 Financial Centre
650 S. Shackleford
Suite 411
Little Rock, AR 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

*Counsel for Plaintiffs and the proposed Class*
\* *Admitted Pro Hac Vice*

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                      */s/ John Heron IV*
                                                     John Heron IV
                                                     (Georgia Bar No. 193170)

                                                   *Counsel for Defendants*