IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| David Kinder, Tracy Scott, Elbert Peay, Cherry Crawford, and Ross Sodahl, individually and as representatives of a class of similarly situated persons, and on behalf of the Georgia-Pacific LLC Hourly 401(k) Plan, the Georgia-Pacific LLC 401(k) Retirement Savings Plan, the Koch Industries Inc. Employees' Savings Plan, and the Flint Hills Resources Chemicals Salary Deferral Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Koch Industries, Inc., Koch Business Solutions, LP, the Koch Benefits Administrative Committee, and John Does 1-30,<br><br>Defendants. | Case No. 1:20-cv-02973-MHC<br><br>CLASS ACTION |

## **ORDER**

Before the Court is the parties Notice of Settlement [Doc. 57] wherein the parties have announced that they have made significant progress toward settlement and expect to finalize a comprehensive settlement agreement. The parties have

requested a stay of all proceedings, including any adjudication of the pending motion to dismiss [Doc. 48].

Accordingly, it is hereby **ORDERED** that this case is **STAYED** for thirty (30) days, at which time the parties are to report back to the Court on the status of settlement negotiations and the filing of the motion for preliminary approval of the settlement.

**IT IS SO ORDERED** this 14th day of April, 2021.

_____
MARK H. COHEN
United States District Judge