# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| David Kinder, Tracy Scott, Elbert Peay, and Cherry Crawford, individually and as representatives of a class of similarly situated persons, and on behalf of the Georgia-Pacific LLC Hourly 401(k) Plan, the Georgia-Pacific LLC 401(k) Retirement Savings Plan, and the Koch Industries Inc. Employees' Savings Plan,<br><br>              Plaintiffs,<br>v.<br><br>Koch Industries, Inc., Koch Business Solutions, LP, the Koch Benefits Administrative Committee, and John Does 1-30,<br><br>              Defendants. | Case No. 1:20-cv-02973-MHC |

## JOINT STATUS REPORT

Pursuant to the Court's April 14, 2021 order (Dkt. 58), Plaintiffs and Defendants (collectively, the "Parties") respectfully submit this Joint Status Report.

1.    On April 13, 2021, the Parties notified the Court that they had made significant progress toward settlement. (Dkt. 57).

2.    The Parties have subsequently reached agreement on material terms of a settlement of the above-captioned action on a class-wide basis, and expect to be

able to finalize a comprehensive settlement agreement and file a motion for preliminary approval by Monday, June 21, 2021.

3. In the meantime, the Parties respectfully request that the Court extend the current stay of all pending proceedings (Dkt. 58), including Defendants' pending motion to dismiss (Dkt. 48), until further notice.

Respectfully submitted this 14th day of May, 2021.

| | |
|---|---|
| *s/Kai Richter* | *s/John Heron IV* |
| Paul J. Lukas* | John Heron IV |
| Kai Richter* | (Georgia Bar No. 193170) |
| Brock J. Specht* | Rebecca M. Nocharli |
| Grace I. Chanin* | (Georgia Bar No. 633621) |
| Patricia C. Dana* | JONES DAY |
| NICHOLS KASTER, PLLP | 1420 Peachtree Street, N.E., Suite 800 |
| 4700 IDS Center | Atlanta, GA 30309 |
| 80 South 8th Street | Telephone: (404) 581-3939 |
| Minneapolis, MN 55402 | Facsimile: (404) 581-8330 |
| Telephone: (612) 256-3200 | jheron@jonesday.com |
| Facsimile: (612) 338-4878 | rnocharli@jonesday.com |
| lukas@nka.com | |
| krichter@nka.com | Evan Miller* |
| bspecht@nka.com | Miguel F. Eaton* |
| gchanin@nka.com | Michael S. Fried* |
| pdana@nka.com | JONES DAY |
| | 51 Louisiana Ave, N.W. |
| John T. Sparks, Sr. | Washington, D.C. 20001 |
| (Georgia Bar No. 669575) | Telephone: (202) 879-3939 |
| AUSTIN & SPARKS, P.C. | Facsimile: (202) 626-1700 |
| 2974 Lookout Place N.E., Suite 200 | emiller@jonesday.com |
| Atlanta, GA 30305 | meaton@jonesday.com |
| Telephone: (404) 869-0100 | msfried@jonesday.com |
| Facsimile: (404) 869-0200 | *Attorneys for Defendants* |
| jsparks@austinsparks.com | *\*Admitted Pro Hac Vice* |

Josh Sanford*
SANFORD LAW FIRM
1 Financial Centre
650 S. Shackleford
Suite 411
Little Rock, AR 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com
*Counsel for Plaintiffs*
*and the proposed Class*
*\* Admitted Pro Hac Vice*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1(C) of the United States District Court for the Northern District of Georgia, using 14-point Times New Roman font, as approved by the Court.

Dated: May 14, 2021                *s/Kai Richter*
                                   Kai Richter
                                   *An Attorney for Plaintiffs*
                                   *and the proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2021, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated:  May 14, 2021               *s/Kai Richter*
                                   Kai Richter
                                   *An Attorney for Plaintiffs*
                                   *and the proposed Class*