IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| David Kinder, Tracy Scott, Elbert Peay, Cherry Crawford, and Ross Sodahl, individually and as representatives of a class of similarly situated persons, and on behalf of the Georgia-Pacific LLC Hourly 401(k) Plan, the Georgia-Pacific LLC 401(k) Retirement Savings Plan, the Koch Industries Inc. Employees' Savings Plan, and the Flint Hills Resources Chemicals Salary Deferral Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Koch Industries, Inc., Koch Business Solutions, LP, the Koch Benefits Administrative Committee, and John Does 1-30,<br><br>Defendants. | Case No. 1:20-cv-02973-MHC<br><br>CLASS ACTION |

## **ORDER**

On April 13, 2021, the parties filed a Notice of Settlement [Doc. 57] wherein the parties have announced that they made significant progress toward settlement. Pursuant to the parties' request, the Court stayed all proceedings, including any adjudication of the pending motion to dismiss for a period of thirty days. Apr. 14,

2021, Order [Doc. 58]. Subsequently, the parties have filed a Status Report [Doc. 59] wherein they have reached a settlement agreement as to all material terms and expect to file a motion for preliminary approval by Monday June 21, 2021. The parties are requesting that the Court extend the stay until that time.

Accordingly, it is hereby **ORDERED** that this case is **STAYED** until June 21, 2021, at which time the parties are to file the motion for preliminary approval of the settlement.

**IT IS SO ORDERED** this 14th day of May, 2021.

*/s/ Mark H. Cohen*
MARK H. COHEN
United States District Judge