# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| David Kinder, Tracy Scott, Elbert Peay, and Cherry Crawford, individually and as representatives of a class of similarly situated persons, and on behalf of the Georgia-Pacific LLC Hourly 401(k) Plan, the Georgia-Pacific LLC 401(k) Retirement Savings Plan, and the Koch Industries Inc. Employees' Savings Plan,<br><br>        Plaintiffs,<br><br>v.<br><br>Koch Industries, Inc., Koch Business Solutions, LP, the Koch Benefits Administrative Committee, and John Does 1-30,<br><br>        Defendants. | Case No. 1:20-cv-02973-MHC<br><br>CLASS ACTION |

## [PROPOSED] ORDER

Before the Court is the parties' Joint Motion for Extension of Time to File the Motion for Preliminary Approval of the Settlement. On April 13, 2021, the parties filed a Notice of Settlement wherein the parties announced that they made significant progress toward settlement. (Doc. 57). Pursuant to the parties' request, the Court stayed all proceedings, including any adjudication of the pending motion to dismiss

for a period of thirty days. (Doc. 58).

Subsequently, the parties filed a Joint Status Report wherein the parties advised the Court that they had reached a settlement agreement as to all material terms and expected to file a motion for preliminary approval of the settlement by Monday June 21, 2021. (Doc. 59). On May 14, 2021, the Court granted the parties' request and ordered the parties to file a motion for preliminary approval of the settlement by June 21, 2021. (Doc. 60).

The parties report that they are close to finalizing the settlement agreement, but have requested four additional days, up to and including June 25, 2021, to consummate the settlement and to file the motion for preliminary approval of the settlement. For good cause shown, the motion is hereby GRANTED.

Accordingly, it is hereby ORDERED that this case is STAYED until June 25, 2021, at which time the parties are to file the motion for preliminary approval of the settlement.

IT IS SO ORDERED this 21st day of June, 2021.

_____
The Honorable Mark H. Cohen
United States District Court Judge