# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| David Kinder, Tracy Scott, Elbert Peay, and Cherry Crawford, individually and as representatives of a class of similarly situated persons, and on behalf of the Georgia-Pacific LLC Hourly 401(k) Plan, the Georgia-Pacific LLC 401(k) Retirement Savings Plan, and the Koch Industries Inc. Employees' Savings Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>Koch Industries, Inc., Koch Business Solutions, LP, the Koch Benefits Administrative Committee, and John Does 1-30,<br><br>    Defendants. | Case No. 1:20-cv-02973-MHC<br><br>CLASS ACTION |

## [~~PROPOSED~~] ORDER

Before the Court is the parties' Second Joint Motion for Extension of Time to File the Motion for Preliminary Approval of the Settlement. Upon good cause shown, the motion is hereby GRANTED. Accordingly, it is hereby ORDERED that this case is STAYED until July 12, 2021, at which time the parties are to file the motion for preliminary approval of the settlement.

IT IS SO ORDERED this 25th day of June, 2021.

_____
The Honorable Mark H. Cohen
United States District Court Judge