IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| David Kinder, Tracy Scott, Elbert Peay, and Cherry Crawford, individually and as representatives of a class of similarly situated persons, and on behalf of the Georgia-Pacific LLC Hourly 401(k) Plan, the Georgia-Pacific LLC 401(k) Retirement Savings Plan, and the Koch Industries Inc. Employees' Savings Plan,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Koch Industries, Inc., Koch Business Solutions, LP, the Koch Benefits Administrative Committee, and John Does 1-30,<br><br>　　　　　Defendants. | Case No. 1:20-cv-02973-MHC<br><br>**MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　　　Plaintiffs David Kinder, Tracy Scott, Elbert Peay and Cherry Crawford ("Plaintiffs") respectfully move the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement in the above-referenced matter; (2) approve the proposed Notices of Settlement and authorize distribution of the Notices to the Settlement Class; (3) preliminarily certify the Settlement Class for settlement

purposes; (4) schedule a final approval hearing; and (5) enter the accompanying Preliminary Approval Order.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Kai Richter and exhibits attached thereto (including the Settlement Agreement attached as **Exhibit A**), the Declarations of David Kinder, Tracy Scott, Elbert Peay and Cherry Crawford, and all files, records, and proceedings in this matter. Defendants do not oppose the motion as parties to the Settlement.

Respectfully submitted this 12th day of July, 2021.

**NICHOLS KASTER, PLLP**

s/Kai Richter
Paul J. Lukas, MN Bar No. 022084X*
Kai Richter, MN Bar No. 0296545*
Brock J. Specht, MN Bar No. 0388343*
Grace I. Chanin, MN Bar No. 0399969*
Patricia C. Dana, MN Bar No. 0400803*
* admitted *pro hac vice*
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
plukas@nka.com
krichter@nka.com
bspecht@nka.com
gchanin@nka.com
pdana@nka.com

**AUSTIN & SPARKS, P.C.**
John T. Sparks, Sr., GA Bar No.669575
2974 Lookout Place N.E., Suite 200
Atlanta, GA 30305
Telephone: 404-869-0100
Facsimile: 404-869-0200
jsparks@austinsparks.com

**SANFORD LAW FIRM**
Josh Sanford*
* admitted *pro hac vice*
1 Financial Centre
650 S. Shackleford, Suite 411
Little Rock, AR 72211
Telephone: 501-221-0088
Facsimile: 888-787-2040
josh@sanfordlawfirm.com

Counsel for Plaintiffs and the proposed Class

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1(C) of the United States District Court for the Northern District of Georgia, using 14-point Times New Roman font, as approved by the Court.

Dated: July 12, 2021                         s/Kai Richter
                                             Kai Richter

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2021, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated:  July 12, 2021                        s/Kai Richter
                                             Kai Richter