# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| David Kinder, Tracy Scott, Elbert Peay, and Cherry Crawford, individually and as representatives of a class of similarly situated persons, and on behalf of the Georgia-Pacific LLC Hourly 401(k) Plan, the Georgia-Pacific LLC 401(k) Retirement Savings Plan, and the Koch Industries Inc. Employees' Savings Plan,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>Koch Industries, Inc., Koch Business Solutions, LP, the Koch Benefits Administrative Committee, and John Does 1-30,<br><br>　　　　　　　　Defendants. | Case No. 1:20-cv-02973-MHC<br><br>**DECLARATION OF DAVID KINDER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

I, David Kinder, declare and state as follows:

1.　　I am a named class representative in the above-captioned action, and I have been a Current Participant in the Georgia-Pacific LLC Hourly 401(k) Plan ("Georgia-Pacific Hourly Plan") since 1996.

2.　　I am fully aware of my duties as a class representative, and I signed a form acknowledging those duties at the outset of the litigation. A copy of that form

is attached as **<u>Exhibit 1</u>**. I am not aware of any conflicts of interest between myself and other Class Members.

3. I take my duties as a class representative seriously, and I have attempted to fulfill those duties throughout the course of the litigation. Among other things, I have (1) reviewed the allegations in the Complaint and operative Amended Complaint; (2) provided information and documents to counsel to assist in the prosecution of the action; and (3) reviewed the Settlement Agreement in its entirety and communicated with counsel regarding the Settlement.

4. I am fully informed of the terms of the Settlement. I understand that I am a member of the Settlement Class, and I am satisfied with the terms that were reached.

5. I believe the $4 million monetary recovery represents a fair recovery for myself and the other Settlement Class Members, and I am in agreement with the plan of allocation.

6. I am also pleased that the Settlement provides for prospective relief, requiring a new request for proposals for recordkeeping services for the Plans within one hundred eighty (180) days of the Settlement Effective Date.

7. In my opinion, the Settlement is fair, reasonable, and adequate, both as to me and as to the other Settlement Class members. I approve the Settlement in this case, and encourage the Court to approve the Settlement as well.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 09, 2021            By: _____
                                    David Kinder