# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| David Kinder, Tracy Scott, Elbert Peay, and Cherry Crawford, individually and as representatives of a class of similarly situated persons, and on behalf of the Georgia-Pacific LLC Hourly 401(k) Plan, the Georgia-Pacific LLC 401(k) Retirement Savings Plan, and the Koch Industries Inc. Employees' Savings Plan,<br><br>                    Plaintiffs,<br>v.<br><br>Koch Industries, Inc., Koch Business Solutions, LP, the Koch Benefits Administrative Committee, and John Does 1-30,<br><br>                    Defendants. | Case No. 1:20-cv-02973-MHC<br><br>**DECLARATION OF TRACY SCOTT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Tracy Scott, declare and state as follows:

1.     I am a named class representative in the above-captioned action, and I am a Former Participant in the Georgia-Pacific LLC Hourly 401(k) Plan ("Georgia-Pacific Hourly Plan"). I had an Active Account in the Georgia-Pacific Hourly Plan from approximately 2007 until 2016.

2.     I am fully aware of my duties as a class representative, and I signed a form acknowledging those duties at the outset of the litigation. A copy of that form

is attached as **Exhibit 1**. I am not aware of any conflicts of interest between myself and other Class Members.

    3.    I take my duties as a class representative seriously, and I have attempted to fulfill those duties throughout the course of the litigation. Among other things, I have (1) reviewed the allegations in the Complaint and operative Amended Complaint; (2) provided information and documents to counsel to assist in the prosecution of the action; and (3) reviewed the Settlement Agreement in its entirety and communicated with counsel regarding the Settlement.

    4.    I am fully informed of the terms of the Settlement. I understand that I am a member of the Settlement Class, and I am satisfied with the terms that were reached.

    5.    I believe the $4 million monetary recovery represents a fair recovery for myself and the other Settlement Class Members, and I am in agreement with the plan of allocation.

    6.    I am also pleased that the Settlement provides for prospective relief, requiring a new request for proposals for recordkeeping services for the Plans within one hundred eighty (180) days of the Settlement Effective Date.

3

7. In my opinion, the Settlement is fair, reasonable, and adequate, both as to me and as to the other Settlement Class members. I approve the Settlement in this case, and encourage the Court to approve the Settlement as well.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2021					By: *Tracy scott*
							Tracy Scott