# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| David Kinder, Tracy Scott, Elbert Peay, and Cherry Crawford, individually and as representatives of a class of similarly situated persons, and on behalf of the Georgia-Pacific LLC Hourly 401(k) Plan, the Georgia-Pacific LLC 401(k) Retirement Savings Plan, and the Koch Industries Inc. Employees' Savings Plan,<br><br>     Plaintiffs,<br>v.<br><br>Koch Industries, Inc., Koch Business Solutions, LP, the Koch Benefits Administrative Committee, and John Does 1-30,<br><br>     Defendants. | Case No. 1:20-cv-02973-MHC<br><br>**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs David Kinder, Tracy Scott, Elbert Peay and Cherry Crawford ("Plaintiffs") respectfully move the Court for an Order granting final approval of the parties' Class Action Settlement Agreement (Dkt. 67-03). This motion is made pursuant to Federal Rule of Civil Procedure 23(e), this Court's Preliminary Approval Order dated July 30, 2021 (*Dkt. 69 ¶ 11*), and Paragraph 4.1 of the Settlement Agreement, and is based on the accompanying Memorandum of Law and authorities

1

cited therein, the declarations of Kai Richter and Jeffrey Mitchell and exhibits attached thereto, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion.

Defendants do not oppose the motion as parties to the Settlement.

Respectfully submitted this 24th day of November, 2021.

**NICHOLS KASTER, PLLP**

s/Kai Richter
Paul J. Lukas, MN Bar No. 022084X*
Kai Richter, MN Bar No. 0296545*
Brock J. Specht, MN Bar No. 0388343*
Grace I. Chanin, MN Bar No. 0399969*
Patricia C. Dana, MN Bar No. 0400803*
* admitted *pro hac vice*
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
plukas@nka.com
krichter@nka.com
bspecht@nka.com
gchanin@nka.com
pdana@nka.com

**AUSTIN & SPARKS, P.C.**
John T. Sparks, Sr., GA Bar No.669575
2974 Lookout Place N.E., Suite 200
Atlanta, GA 30305
Telephone: 404-869-0100

Facsimile: 404-869-0200
jsparks@austinsparks.com

**SANFORD LAW FIRM**
Josh Sanford*
* admitted *pro hac vice*
1 Financial Centre
650 S. Shackleford, Suite 411
Little Rock, AR 72211
Telephone: 501-221-0088
Facsimile: 888-787-2040
josh@sanfordlawfirm.com

Counsel for Plaintiffs and the Class

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1(C) of the United States District Court for the Northern District of Georgia, using 14-point Times New Roman font, as approved by the Court.

Dated: November 24, 2021           s/Kai Richter
                                   Kai Richter

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2021, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated:  November 24, 2021          s/Kai Richter
                                   Kai Richter